42 A.3d 1057

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Craig Mathew HECKMAN, Respondent.**

Supreme Court of Pennsylvania.

April 27, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April 2012, the Petition for Allowance of Appeal is **GRANTED** and the Superior Court's

decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Wilgus,* 6 MAP 2012, and, if deemed necessary by the Superior Court, further briefing to explore the factual distinctions between this case and *Wilgus,* specifically the ties Defendant Heckman maintained to the residence he originally registered.